for
Western District of Tennessee

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Larry W. Carter | Case Number: 1:01CR10034-1-T |
| Name of Sentencing Judicial Officer: Honorable James D. Todd | |
| Date of Original Sentence: July 2, 2003 | |
| Original Offense: Convicted Felon in Possession of Firearm; 18 U.S.C. § 922(g) & 18 U.S.C. § 924(a)(2) | |
| Original Sentence: 30 months in custody; 3 years on supervised release | |
| Type of Supervision: Supervised Release | Date Supervision Commenced: September 19, 2003 |
| Assistant U.S. Attorney: Len Register | Defense Attorney: M. Dianne Smothers, AFPD |

### PETITIONING THE COURT

[ ]   To issue a warrant
[X]   To issue a summons

U.S. Probation Officer Recommendation:

[ ]   The term of supervision should be
      [ ] revoked.
      [ ] extended for   years, for a total term of   years.

[X]   The conditions of supervision should be modified as follows:

PRESENT CONDITION: **The defendant shall participate as directed in a program of mental health treatment approved by the Probation Officer.**

MODIFIED TO: **The defendant shall participate as directed in a program of mental health treatment, including a sexual offender treatment program and evaluation, as approved by the Probation Officer. The defendant shall abide by the rules, requirements, and conditions of the treatment program, including submitting to polygraph testing, to aid in the treatment and supervision process.**

Respectfully submitted,

by
Mark Alan Escue
U.S. Probation Officer
Date: May 20, 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5/27/05

THE COURT ORDERS:

- [ ] No Action
- [ ] The Issuance of a Warrant
- [x] The Issuance of a Summons
- [ ] Other

*James D. Todd*
Honorable James D. Todd
Chief U.S. District Court Judge

24 May 2005
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 65 in case 1:01-CR-10034 was distributed by fax, mail, or direct printing on May 27, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Stephen B. Shankman
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT