IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

VS.                                    CR NO. 1:01-10034-01-T

LARRY W. CARTER

**ORDER GRANTING PETITION TO MODIFY CONDITIONS OF RELEASE**

This cause came on to be heard on July 12, 2005, pursuant to the Petition to modify the conditions of the defendant's supervised release. After hearing statements from counsel, the Court found reason to grant the Petition.

IT IS THEREFORE ORDERED that the defendant's conditions of release are modified as follows: The defendant shall participate as directed in a program of mental health treatment, including a sexual offender treatment program and evaluation as approved by the Probation Officer. The defendant shall abide by the rules, requirements, and conditions of the treatment program, including submitting to polygraph testing, to aid in the treatment and supervision process approved by the Probation Officer

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE
DATE: 13 July 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  7/13/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 71 in case 1:01-CR-10034 was distributed by fax, mail, or direct printing on July 13, 2005 to the parties listed.

---

Stephen B. Shankman
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT